# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00654-CV

**Melvin Wells, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
### NO. D-05-0038-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After Melvin Wells filed his notice of appeal, the trial court determined that his appeal was frivolous. Wells did not appeal the finding that his appeal was frivolous. *See* Tex. Fam. Code Ann. § 263.405(g) (West Supp. 2006). He now informs this Court that he will not pursue this appeal. We dismiss this appeal on appellant's motion.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton, and Waldrop

Dismissed on Appellant's Motion

Filed:   January 26, 2007